IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DAVID PETKO | CIVIL ACTION |
| --- | --- |
| v. | |
| GERRY KENT, et al. | NO. 11-1948 |

## ORDER

AND NOW, this 15th day of August, 2013, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Objections filed by Petition (ECF 19 and 20) are unintelligible and do not address the merits of the case, and are therefore overruled.

2. The Report and Recommendation is **APPROVED** and **ADOPTED.**

3. The Petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED** for lack of jurisdiction.

4. The Clerk shall close this case.

5. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

MICHAEL M. BAYLSON, U.S.D.J.

O:\CIVIL 11\11-1948 petko v kent\11cv1948.randr.denied.docx